Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 4:11-cv-01148-WHA |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) |
| v. | |
| ELIODORO AGUILAR URENA, JR., et al. | |
| Defendants. | |

TO THE HONORABLE WILLIAM H. ALSUP, THE DEFENDANT/S AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference presently set for June 30, 2011 at 3:00 PM.   As set forth below Plaintiff respectfully requests that the Court continue the Case Management Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendants Eliodoro Aguilar Urena, Jr. a/k/a Eliodro Urena Aguilar, Jr. and Eliodoro Aguilar Chavez, Sr. a/k/a Eliodro Chavez Aguilar, Sr. individually and d/b/a Good Times Lounge.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues

1 | involving the case itself or the preparation of a Case Management Conference Statement.

2 |      Plaintiff recently identified an alternative address that it believes will be successful to serve

3 | its initiating suit papers, upon the Defendants.

4 |      **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case

5 | Management Conference, presently scheduled for June 30, 2011 at 3:00 PM to a new date

6 | approximately Thirty (30) to Forty-Five (45) days forward.

Respectfully submitted,

Dated: June 21, 2011

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///

**ORDER** (Proposed)

It is hereby ordered that the Case Management Conference in civil action number 4:11-cv-01148-WHA styled *J & J Sports Productions, Inc. v. Eliodoro Aguilar Urena, Jr. a/k/a Eliodro Urena Aguilar, Jr., et al.*, is hereby continued from 3:00 PM, June 30, 2011 to  July 21, 2011, at 3:00 p.m. _____.

Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

IT IS SO ORDERED
AS MODIFIED
*[signature]*
Judge William Alsup

_____      Dated:_ June 23, 2011 _____

**THE HONORABLE WILLIAM H. ALSUP**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///

## <u>PROOF OF SERVICE (SERVICE BY MAIL)</u>

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 21, 2011, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Eliodoro Aguilar Urena, Jr. a/k/a Eliodro Urena Aguilar, Jr. (Defendant)
36601 Newark Blvd. #81
Newark, CA 94560

Eliodoro Aguilar Chavez, Sr. a/k/a Eliodro Chavez Aguilar, Sr. (Defendant)
36601 Newark Blvd. #81
Newark, CA 94560

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on June 21, 2011, at South Pasadena, California.

Dated:  June 21, 2011                    */s/ Maria Baird*
                                         **MARIA BAIRD**

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 4:11-cv-01148-WHA**