IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

  v.

ELIODORO AGUILAR URENA, JR.,
a/k/a ELIODRO URENA AGUILAR, JR.,
and ELIODRO CHAVEZ AGUILAR, SR.,
individually and d/b/a GOOD TIMES
LOUNGE,

    Defendants.
                                 /

No. C 11-01148 WHA

**ORDER DENYING SECOND EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

The Court **DENIES** plaintiff's second *ex parte* application for an order to continue the case management conference for thirty to 45 more days. The case management shall go forward on July 21, 2011, at 3:00 p.m., as scheduled.

Plaintiff is directed to serve this order on defendants.

**IT IS SO ORDERED.**

Dated: July 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE