IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELIODORO AGUILAR URENA, JR., also known as Eliodro Urena Aguilar, Jr., and ELIODORO AGUILAR CHAVEZ, SR., also known as Eliodro Chavez Aguilar, individually and doing business as Good Times Lounge,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 11-01148 WHA<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF SETTLEMENT** |

Counsel's request that judicial notice be taken of the parties' settlement is **DENIED**. A settlement agreement is not appended to the submission, so the Court has not been "supplied with the necessary information" to take judicial notice. FRE 201(d). Moreover, a settlement is not an adjudicative fact in this case. FRE 201(a). In fact, it seems from plaintiff's submission that the settlement documents have not even been executed yet.

The Court acknowledges and thanks plaintiff's counsel for their notice of settlement, but cautions that all deadlines and dates remain in effect until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: August 11, 2011.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE