IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

  v.

ELIODORO AGUILAR URENA, JR., also known as Eliodro Urena Aguilar, Jr., and ELIODORO AGUILAR CHAVEZ, SR., also known as Eliodro Chavez Aguilar, individually and doing business as Good Times Lounge,

    Defendants.

No. C 11-01148 WHA

**ORDER REGARDING STIPULATION OF DISMISSAL**

The parties have settled and have stipulated to dismiss this action. The parties specifically state, however, that dismissal is "subject to the Court's jurisdiction to enforce the settlement agreement," with no date by which such proposed jurisdiction would terminate. This order will not approve of such provision, and would only approve retaining jurisdiction for up to ninety days to enforce the settlement agreement. As the dismissal appears to be contingent upon the jurisdiction provision, the assigned judge cannot instruct the Clerk to close the case pursuant to FRCP 41(a)(1) as he otherwise would. This case shall remain open, and the parties may either file a renewed dismissal (without the offending provision) or litigate this case.

**IT IS SO ORDERED.**

Dated: August 11, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE