IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.

ELIODORO AGUILAR URENA, JR., also known as Eliodro Urena Aguilar, Jr., and ELIODORO AGUILAR CHAVEZ, SR., also known as Eliodro Chavez Aguilar, individually and doing business as Good Times Lounge,

    Defendants.
                         /

No. C 11-01148 WHA

**NOTICE TO CLERK TO CLOSE CASE**

      The parties have filed a voluntary dismissal pursuant to FRCP 41(a)(1), for which no order of dismissal is needed. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE